# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

GLENN COLEMAN,

    Plaintiff,

v.                                      CASE NO.  5:05cv29-RH/WCS

HOLMES COUNTY BOARD
OF COMMISSIONERS, etc.,

    Defendant.

_____/

## ORDER OF DISMISSAL

The parties having filed a joint notice of voluntary dismissal with prejudice (document 21), asking the court to retain jurisdiction "for enforcement purposes only."  The case thus apparently has been settled.  Accordingly,

    IT IS ORDERED:

    1.  The parties shall abide by their settlement agreement.

    2.  All claims other than for enforcement of the settlement agreement are hereby voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41.

    3.  Jurisdiction is retained for enforcement of the order requiring compliance

with the settlement agreement.

    4.  The clerk shall enter judgment stating, "The parties are ordered to abide by their settlement agreement.  The court reserves jurisdiction to enforce the order to abide by the settlement agreement.  All claims in this action are voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41."  The clerk shall close the file.

    5.  Any party that objects to the terms of this order or the judgment to be entered pursuant hereto may file a timely motion to alter or amend in accordance with Federal Rule of Civil Procedure 59(e).

    SO ORDERED this 31st day of August, 2005.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge